UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA HERNANDEZ ORTIZ,<br>Petitioner,<br>v.<br>POLLY KAISER, et al.,<br>Respondents. | No. 1:25-cv-01807-DAD-SCR<br><br><u>ORDER GRANTING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION</u><br><br>(Doc. No. 15) |

On January 16, 2026, petitioner, by and through counsel, filed the pending motion for preliminary injunction requesting that the court extend the relief previously ordered by the court on December 18, 2025 in granting petitioner's motion for a temporary restraining order (Doc. No. 12). (Doc. No. 15.) On January 21, 2026, respondents filed an opposition to the pending motion wherein respondents refer the court to their previously-filed opposition to petitioner's motion for temporary restraining order. (Doc. No. 16.)

The court adopts its prior reasoning from its December 18, 2025 order (Doc. No. 12) and will grant petitioner's motion for preliminary injunction.

For the reasons above,

1. Petitioner's motion for preliminary injunction (Doc. No. 15) is GRANTED as follows:

a. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner written notice and a pre-detention hearing before a neutral adjudicator;

2. Under the circumstances of this case, petitioner will not be required to post bond pursuant to Rule 65(c) of the Federal Rules of Civil Procedure; and

3. Petitioner's habeas petition (Doc. No. 1) is REFERRED to Magistrate Judge Sean C. Riordan for further proceedings.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE